# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00155-CV

### Backyard Partners, LLC and Christopher Milam, Appellants

### v.

### Outlier Energy, LLC, Appellee

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-003428, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Backyard Partners, LLC and Christopher Milam have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellants' Motion

Filed:  June 19, 2018